UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
NOV 2 2007
NOV - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FERNANDO FONTANEZ
VS.
DEPARTMENT OF HOMELAND SECURITY
AND
AGENT JEFFREY DABE
AND
GENERAL COUNSEL
GUS P. COLDEBELLA

07CV6217
JUDGE HART
MAGISTRATE JUDGE ASHMAN

# COMPLAINT

NOW COMES PLAINTIFF "FERNANDO FONTANEZ" WITH A CAUSE OF ACTION CITING FALSE ARREST ILLEGAL DETAINMENT IN VIOLATION OF UNITED STATES CODE 1983 TITLE 36 AND TITLE 42 WHEREIN; ACTIONABLE WITH NO MEDICAL PROOF REQUIRED INTENTIONAL INFLICTION OF MENTAL DURESS, PSYCHOLOGICAL AND EMOTIONAL DURESS, INTENTIONAL INVASION OF A PERSON CAUSING SEVERE DISTRESS AND DIGNITARY HARM COMMITTED WITH SPECIFIC NEGLIGENCE INTENDING ON PERMANENTLY HARMING MY REPUTATION BY CLAIMING THAT I WROTE THREATNING LETTERS TO PUBLIC OFFICIALS INCLUDING VICE PRESIDENT RICHARD B. CHENEY WHILE UNABLE to PRODUCE ONE AND CAUSING MY ARREST AND DETAINMENT ON JUNE 7TH 2006 CAUSED ME GREAT SEVERE HARM AS I WAS LISTED ON A CHICAGO POLICE RAP SHEET AS A PERSON "THREATNING PUBLIC OFFICIALS". SEEKING COMPENSATORY AND PUNITIVE DAMAGES AS A JURY SEES FIT AND IMMEDIATE CLEARANCE OF ARREST AT ALL JURISDICTIONS to INCLUDE FEDERAL STATE AND LOCAL LAW ENFORCEMENT AUTHORITYS.



FERNANDO FONTANEZ P.O. BOX 578941 CHICAGO, ILLINOIS 60657

## ARREST

| | | | |
|---|---|---|---|
| ıst Name: | FONTANEZ, FERNANDO | Arrest Date: | **07-JUN-2006** Holding Facility: **CPD - DISTRICT 019 MALE** |
| ɘ of Birth: | 15-JUN-1963 | Arrest Address: | **CHICAGO, IL 60657** |
| ۷ or CB: | 016559312 | Residence: | **CHICAGO, IL 60657** |
| ɔer: | DABE | Officer Badge#: | **19810** Arresting Agency: **CPD** |

| unt | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| 1] | 3 | F | 720 ILCS 5.0/12-9-A | **Threaten A Public Official** | **OFFENSE AS CITED** |

### ƆURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|

ɿposition: RELEASED WITHOUT CHARGING

*Disposition Date:*

ntence:

*Sentence Date:*

## ARREST