KC FILED AE

NOV 0 2 2007
NOV 0 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Fernando Fontanez**
(Please print)

STREET ADDRESS: **P.O. Box 57894**

CITY/STATE/ZIP: **Chicago, Illinois 60657**

PHONE NUMBER: **312 576 6831**

CASE NUMBER: **07CV6217**
**JUDGE HART**
**MAGISTRATE JUDGE ASHMAN**

_____ Nov 2 2007
Signature / Date