10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__FERNANDO ONTANEZ__
Plaintiff

v.

Department of Homeland Security
Agent Jeffrey Oabe
General Counsel Gus P. Coldebella
Defendant(s)

07CV6217
JUDGE HART
MAGISTRATE JUDGE ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __FERNANDO FONTANEZ__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #__N/A__ Name of prison or jail: __N/A__
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount: ∅

2. Are you currently employed? ☐Yes ☒No  GENERAL ASSISTANCE
   Monthly salary or wages: ∅  $100.00 PER MONTH CASH
   Name and address of employer: __N/A__ $155.00 FOOD STAMPS PER MONTH

   a. If the answer is "No":
      Date of last employment: __1998 - Racine, WI -__
      Monthly salary or wages: __1500.00 PER WEEK__
      Name and address of last employer: __Placement of Racine - Defunct__

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: ∅
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes ☒No
      Amount ∅ Received by __N/A__

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes   ☒ No
Amount ___∅___ Received by ___N/A___

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes   ☒ No
Amount ___∅___ Received by ___N/A___

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    ☐ Yes   ☒ No
Amount ___∅___ Received by ___N/A___

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes   ☒ No
Amount ___∅___ Received by ___N/A___

    f.    ☐ Any other sources (state source: _____)    ☐ Yes   ☒ No
Amount _____ Received by ___N/A___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes   ☒ No    Total amount: ___∅___
In whose name held: ___N/A___ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐ Yes   ☒ No
Property: ___∅___ Current Value: ___∅___
In whose name held: ___N/A___ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes   ☒ No
Address of property: ___N/A___
Type of property: ___∅___ Current value: ___∅___
In whose name held: _____ Relationship to you: ___∅___
Amount of monthly mortgage or loan payments: _____
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☐ Yes   ☒ No
Property: ___∅___
Current value: _____
In whose name held: _____ Relationship to you: ___N/A___

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents

___NONE___

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Nov 2 2007

_____
Signature of Applicant

FERNANDO FONTANEZ
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____                     _____
DATE                                          SIGNATURE OF AUTHORIZED OFFICER

                                              _____
                                              (Print name)

rev. 10/10/2007

11/74    State of Illinois
Department of Human Services                                  SEQ:   2729

NOTICE OF DECISION ON APPLICATION FOR CASH,
MEDICAL AND/OR FOOD STAMPS

| DATE OF NOTICE | CAT. | L.O. | GRP. | BASIC | CASELOAD NUMBER |
|---|---|---|---|---|---|
| JULY 05, 2007 | P3 | 217 | 03 | H23916 | 904 |

FONTANEZ, FERNANDO        217
PO BOX 578941
CHICAGO, IL         60657-8941

LOCAL OFFICE
ADDRESS

WICKER PARK LOCAL OFFICE
1279 N. MILWAUKEE, 3RD FL
CHICAGO, IL         60622-2296

THIS NOTICE TELLS YOU WHAT ASSISTANCE YOU WILL GET AND WHO WILL GET IT. THIS NOTICE
ALSO TELLS YOU WHAT ASSISTANCE YOU WILL NOT GET AND WHY. THE NOTICE THEN TELLS YOU
HOW YOU CAN APPEAL IF YOU DISAGREE WITH OUR DECISIONS.

LOCAL OFFICE TELEPHONE NUMBER: (773) 292-2900
FOR THE HEARING IMPAIRED WHO HAVE A
TELEPHONE DEVICE FOR THE DEAF (TTY), CALL: (773) 227-3735

REGARDING YOUR APPLICATION FOR FOOD STAMPS FILED ON: 06/01/07 AND
REGARDING YOUR APPLICATION FOR ASSISTANCE  FILED ON: 05/10/07

THE FOLLOWING PEOPLE WILL RECEIVE CASH ASSISTANCE UNDER THE  AABD PROGRAM
AND MEDICAL ASSISTANCE UNDER THE MEDICAID PROGRAM.

```
                                              RECIPIENT
       NAME                                   NUMBER

    FERNANDO   FONTANEZ                       058442633
```

YOU CAN EXPECT YOUR FIRST CHECK IN THE AMOUNT OF $  176.49 ON OR ABOUT     JULY 09, 2007
TO COVER YOUR NEEDS FROM       JULY 02, 2007 THROUGH      JULY 31, 2007.  THEREAFTER YOU
CAN EXPECT YOUR FIRST REGULAR MONTHLY CHECK OF $  100.00 ON OR ABOUT      AUGUST 10, 2007.

YOU AND/OR YOUR FAMILY ARE ELIGIBLE TO RECEIVE MEDICAL ASSISTANCE BEGINNING 05/01/07.

YOU WILL RECEIVE A MEDICAL ELIGIBILITY CARD IN THE MAIL.  IF YOU OR A FAMILY MEMBER
WILL NEED A MEDICAL CARD SOONER, ASK YOUR CASEWORKER FOR A TEMPORARY MEDICAL
ELIGIBILITY CARD.  THE UNPAID CHARGES FOR MEDICAL SERVICES PROVIDED TO THE PERSONS
LISTED ABOVE WILL BE PAID BY THE DEPARTMENT OF PUBLIC AID, IF THEY ARE WITHIN ITS
STANDARDS, ARE NOT COVERED BY INSURANCE OR OTHER MEDICAL BENEFITS AND PROVIDED BY
A VENDOR WHO IS CURRENTLY ENROLLED WITH THIS DEPARTMENT.  TAKE YOUR MEDIPLAN
CARD TO THE MEDICAL PROVIDER SO THAT THE VENDOR CAN BILL THE DEPARTMENT OF PUBLIC
AID FOR UNPAID CHARGES.

MEDICAL BACKDATE

YOU HAVE NOT ASKED US TO PAY ANY MEDICAL BILLS YOU HAVE PRIOR TO THE MONTH IN
WHICH YOU APPLIED FOR MEDICAL ASSISTANCE.

FOOD STAMP BENEFITS:

THE FOLLOWING PEOPLE HAVE BEEN APPROVED FOR FOOD STAMP BENEFITS:

    FERNANDO   FONTANEZ

YOUR REGULAR MONTHLY BENEFITS WILL BE AVAILABLE APPROXIMATELY 08/10/07.  THEY WILL BE
IN THE AMOUNT OF $ 155.00 UNLESS YOU ARE NOTIFIED OTHERWISE.
THE AMOUNT YOU RECEIVE MAY BE LOWER IF YOU ARE REPAYING A PRIOR OVERPAYMENT.
YOU HAVE BEEN CERTIFIED TO RECEIVE FOOD STAMPS THROUGH 05/08.

IL444-0360C (R-9-02)