KC **FILED** HE

NOV 02 2007

NOV 02 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s)   FERNANDO FONTANEZ                )

                                                  )        Case Number: _____

                          V.                      )

Defendant(s)   DEPARTMENT OF HOMELAND SECURITY )        Judge: _____
               AGENT JEFFREY DABE
               GENERAL COUNSEL GUS P. COLDEBELLA )

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.   I, _____FERNANDO FONTANEZ_____ ,declare that I am the (check appropriate box)

     [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford
     the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
     this proceeding[**NOTE:** This item *must* be completed]:

                        07CV6217
                        JUDGE HART
                        MAGISTRATE JUDGE ASHMAN

3.   In further support of my motion, I declare that (check appropriate box):

     [ ]   I am not currently, nor previously have been, represented by an attorney appointed by the Court
           in this or any other civil or criminal proceeding before this Court.

     [X]   I am currently, or previously have been, represented by an attorney appointed by the Court
           in the proceeding(s) described on the back of this page.

4.   In further support of my motion, I declare that (check appropriate box):

     [ ]   I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
           detailing my financial status.

     [ ]   I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
           it is a true and correct representation of my financial status.

     [ ]   I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
           However, my financial status has changed and I have attached an Amended Application to Proceed *In
           Forma Pauperis* to reflect my current financial status.

5.        I declare under penalty that the foregoing is true and correct.

_____          P.O. Box 578941
Movant's Signature                        Street Address

Nov 2 2007                                Chicago Illinois 60657
Date                                      City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____JUDGE VALDEZ_____ Case Number: 07 CV 976

Case Title: FONTANEZ VS. KHOUSHABA

Appointed Attorney's Name: MYRON MACKOFF

If this case is still pending, please check box [X]

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]



11/74                   State of Illinois
                  Department of Human Services                SEQ:    2729

NOTICE OF DECISION ON APPLICATION FOR CASH,
MEDICAL AND/OR FOOD STAMPS

| DATE OF NOTICE | CAT. | L.O. | GRP. | BASIC | CASELOAD NUMBER |
|---|---|---|---|---|---|
| JULY 05, 2007 | P3 | 217 | 03 | H23916 | 904 |

FONTANEZ, FERNANDO        217
PO BOX 578941
CHICAGO, IL            60657-8941

LOCAL OFFICE
ADDRESS

WICKER PARK LOCAL OFFICE
1279 N. MILWAUKEE, 3RD FL
CHICAGO, IL            60622-2296

THIS NOTICE TELLS YOU WHAT ASSISTANCE YOU WILL GET AND WHO WILL GET IT.  THIS NOTICE
ALSO TELLS YOU WHAT ASSISTANCE YOU WILL NOT GET AND WHY.  THE NOTICE THEN TELLS YOU
HOW YOU CAN APPEAL IF YOU DISAGREE WITH OUR DECISIONS.

LOCAL OFFICE TELEPHONE NUMBER: (773) 292-2900
FOR THE HEARING IMPAIRED WHO HAVE A
TELEPHONE DEVICE FOR THE DEAF (TTY), CALL: (773) 227-3735

REGARDING YOUR APPLICATION FOR FOOD STAMPS FILED ON: 06/01/07 AND
REGARDING YOUR APPLICATION FOR ASSISTANCE  FILED ON: 05/10/07

THE FOLLOWING PEOPLE WILL RECEIVE CASH ASSISTANCE UNDER THE  AABD PROGRAM
AND MEDICAL ASSISTANCE UNDER THE MEDICAID PROGRAM.

|  |  |
|---|---|
| NAME | RECIPIENT NUMBER |
| FERNANDO   FONTANEZ | 058442633 |

YOU CAN EXPECT YOUR FIRST CHECK IN THE AMOUNT OF $  176.49 ON OR ABOUT     JULY 09, 2007
TO COVER YOUR NEEDS FROM      JULY 02, 2007 THROUGH      JULY 31, 2007.  THEREAFTER YOU
CAN EXPECT YOUR FIRST REGULAR MONTHLY CHECK OF $  100.00 ON OR ABOUT    AUGUST 10, 2007.

YOU AND/OR YOUR FAMILY ARE ELIGIBLE TO RECEIVE MEDICAL ASSISTANCE BEGINNING 05/01/07.

YOU WILL RECEIVE A MEDICAL ELIGIBILITY CARD IN THE MAIL.  IF YOU OR A FAMILY MEMBER
WILL NEED A MEDICAL CARD SOONER, ASK YOUR CASEWORKER FOR A TEMPORARY MEDICAL
ELIGIBILITY CARD.  THE UNPAID CHARGES FOR MEDICAL SERVICES PROVIDED TO THE PERSONS
LISTED ABOVE WILL BE PAID BY THE DEPARTMENT OF PUBLIC AID, IF THEY ARE WITHIN ITS
STANDARDS, ARE NOT COVERED BY INSURANCE OR OTHER MEDICAL BENEFITS AND PROVIDED BY
A VENDOR WHO IS CURRENTLY ENROLLED WITH THIS DEPARTMENT.  TAKE YOUR MEDIPLAN
CARD TO THE MEDICAL PROVIDER SO THAT THE VENDOR CAN BILL THE DEPARTMENT OF PUBLIC
AID FOR UNPAID CHARGES.

MEDICAL BACKDATE

YOU HAVE NOT ASKED US TO PAY ANY MEDICAL BILLS YOU HAVE PRIOR TO THE MONTH IN
WHICH YOU APPLIED FOR MEDICAL ASSISTANCE.

FOOD STAMP BENEFITS:

THE FOLLOWING PEOPLE HAVE BEEN APPROVED FOR FOOD STAMP BENEFITS:

    FERNANDO   FONTANEZ

YOUR REGULAR MONTHLY BENEFITS WILL BE AVAILABLE APPROXIMATELY 08/10/07.  THEY WILL BE
IN THE AMOUNT OF $ 155.00 UNLESS YOU ARE NOTIFIED OTHERWISE.
THE AMOUNT YOU RECEIVE MAY BE LOWER IF YOU ARE REPAYING A PRIOR OVERPAYMENT.
YOU HAVE BEEN CERTIFIED TO RECEIVE FOOD STAMPS THROUGH 05/08.

IL444-0360C (R-9-02)