## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6217 | **DATE** | 11/6/2007 |
| **CASE TITLE** | Fontanez vs. Dept. of Homeland Security | | |

**DOCKET ENTRY TEXT**

Plaintiff's conclusory allegations of false arrest are so lacking in factual detail and sketchy that plaintiff fails to give sufficient notice to any defendant and therefore fails to adequately state a claim. See St. John's United Church of Christ v. City of Chicago, ___ F.3d ___, 2007 WL 2669403 *7 (7th Cir. Sept. 13, 2007) (quoting Airborne Beepers & Video, Inc. v. AT & T Mobility LLC, 499 F.3d 663, 667 (7th Cir. 2007)). Plaintiff's motions to proceed in forma pauperis and for appointment of counsel are denied. Plaintiff's cause of action is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|